# Court of Appeals
## Tenth Appellate District of Texas

═══════════

10-25-00240-CR

═══════════

Bradley Oliver,
Appellant

v.

The State of Texas,
Appellee

═══════════

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2021-499-C1

═══════════

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appeals from a judgment revoking community supervision which was imposed on May 15, 2025 and signed by the trial court on that same date. Appellant wrote a *pro se* letter to the trial court asking to appeal the judgment which was mailed on July 16, 2025 and filed by the trial court clerk on July 18, 2025. Appellant was represented by court-appointed counsel prior to the imposition of sentence, and nothing in the clerk's record indicates that

his attorney withdrew from his representation of Appellant after his sentence was imposed.

The trial court appointed appellate counsel for Appellant on July 25, 2025, and counsel promptly filed a notice of appeal and motion for extension of time to file the notice of appeal. However, a motion for extension of time may be granted only if it is filed within 45 days of the imposition of sentence. Therefore, the *pro se* notice of appeal filed by Appellant on July 18, 2025 and later motion to extend and amended notice of appeal were not timely and this Court is unable to grant the motion for extension of time because we lack jurisdiction to do so. *See* TEX. R. APP. P. 26.2(a)(1), 26.3. *See also Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

Accordingly, this appeal is dismissed. *See id.* Appellant's motion to extend time to file the notice of appeal is dismissed.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: August 14, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed; motion dismissed
Do not publish
CR25

